IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:11-po-003-JDR |
| --- | --- | --- |
| | ) | [H5153705/AL7] |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| DONALD GLENN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the Government's Motion for Dismissal with Prejudice, the above-captioned case is dismissed. Trial scheduled for February 3, 2011 at 1:30 PM is vacated.

IT IS SO ORDERED.

DATED this 24th day of January, 2011, at Anchorage, Alaska.

   /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge